UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :         07 CR. 513 (GEL)
            - v -                                           :
                                                            :         **ORDER**
JASON SIMS,                                                 :
                                                            :
                        Defendant.                          :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

     An indictment was filed in this case on June 7, 2007. The Government and defense counsel jointly requested via a telephone conference call to chambers on June 8 that the defendant be arraigned and an initial conference be conducted on June 14. The Court received a letter from the Government dated June 8 requesting, with defense counsel's consent, that time be excluded under the Speedy Trial Act until June 14, for the purposes of producing discovery to the defendant, providing defendant time to review discovery, and engaging in plea discussions. The Court finds that these reasons are in the interests of justice and outweigh the interests of the defendant and of the public in a speedy trial.

     Accordingly, it is hereby ORDERED that time from June 11, 2007, until June 14, 2007, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       June 11, 2007

_____
GERARD E. LYNCH
United States District Judge