**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 19, 2007

By Hand

The Honorable Gerard E. Lynch
United States District Judge
500 Pearl Street
New York, New York 10007

    Re:    Unsealing Order for Search Warrant 07 Mag. 740
            *United States v. Jason Sims*, 07 Cr. 513 (GEL)

Dear Judge Lynch:

    I respectfully request that Search Warrant 07 Mag. 740, which was issued and executed in connection with this matter, be unsealed so that the accompanying affidavit may be produced to the defendant in discovery. For the Court's convenience, the Government has enclosed the search warrant and supporting affidavit.

                      Respectfully Submitted,

                      MICHAEL J. GARCIA
                      United States Attorney

                  By: _____
                      Joseph P. Facciponti
                      Assistant United States Attorney
                      Tel:   (212) 637-2533
                      Fax:  (212) 637-2390

Enclosure

SO ORDERED:

*[signature]*

HONORABLE GERARD E. LYNCH
United States District Judge
Southern District of New York