UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :   07 CR. 513 (GEL)
            - v -                                           :
                                                            :   **ORDER**
JASON SIMS,                                                 :
                                                            :
                            Defendant.                      :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      By a letter dated July 20, 2007, defense counsel with the consent of the Government seeks a 45-day adjournment of the July 24 status conference so that the parties may attempt to resolve issues toward a disposition of this case. The conference will be adjourned until September 14, 2007, at 3:30 p.m.

      Defendant by his letter waives time until the adjournment date under the Speedy Trial Act; and the Court finds that the purposes of the adjournment, to provide the parties time to consider and negotiate a possible disposition, are in the interests of justice and outweigh the interests of the defendant and of the public in a speedy trial.

      Accordingly, it is hereby ORDERED that time from July 24, 2007, until September 14, 2007, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       July 23, 2007

                                                      GERARD E. LYNCH
                                                      United States District Judge