UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                   :
:           07 CR. 513 (GEL)
- v -                       :
:           **ORDER**
:
JASON SIMS,                                 :
:
:
Defendant.              :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

    By a letter dated September 12, 2007, the Government, with the consent of defense counsel, seeks a 30-day adjournment of the September 14 status conference so that the parties may attempt to resolve issues toward a disposition of this case. The conference will be adjourned until October 12, 2007, at 11:30 p.m.

    Defendant by his letter waives time until the adjournment date under the Speedy Trial Act; and the Court finds that the purposes of the adjournment, to provide the parties time to consider and negotiate a possible disposition, are in the interests of justice and outweigh the interests of the defendant and of the public in a speedy trial.

    Accordingly, it is hereby ORDERED that time from September 14, 2007, until October 12, 2007, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       September 12, 2007

                                                                                     GERARD E. LYNCH
                                                                             United States District Judge