UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :    07 CR. 513 (GEL)
           - v -                                           :
                                                           :    **ORDER**
JASON SIMS,                                                :
                                                           :
                    Defendant.                             :
-----------------------------------------------------------x

GERARD E. LYNCH, District Judge:

  By a letter dated October 11, 2007, the Government, with the consent of defense counsel, seeks a 30-day adjournment of the October 12 status conference because defendant, at the recommendation of the Pretrial Services Office, is participating in an impatient drug treatment program that will last through the month of October.

  The Government, with the consent of defendant, asks that the time between October 12 and the subsequent status conference be excluded under the Speedy Trial Act, and the Court finds that the purposes of the adjournment, to allow defendant to participate in the treatment program, is in the interests of justice and outweigh the interests of the defendant and of the public in a speedy trial.

  Accordingly, it is hereby ORDERED that the October 12 conference be adjourned until November 19 at 3:30 p.m., and that the time from October 12, 2007, until November 19, 2007, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).


SO ORDERED.

Dated: New York, New York
    October 11, 2007

                       _____
                       GERARD E. LYNCH
                       United States District Judge