```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        v.                          :
                                    :     S1 07 Cr. 513 (GEL)
JASON SIMS,                         :
                                    :
                    Defendant.      :
                                    :
------------------------------------x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), (b)(1)(B), (b)(1)(C), and 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

```
                              _____
                              JASON SIMS
                              Defendant

                              _____
                              Witness

                              _____
                              PEGGY CROSS, Esq.
                              Counsel for Defendant
```

Date: New York, New York
      Nov. 9, 2007

0202


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 9 2007