PS 8
(8/88)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

RECEIVED JAN 25 2008 CHAMBERS OF GERARD E. LYNCH, U.S.D.J.

USA v. SIMS                                Docket No. 07-CR-513-01 (GEL)

Petition for Action on Conditions of Pretrial Release

COMES NOW Carlos Ramirez, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jason Sims.

On 5/10/07, the above defendant appeared before U.S. Magistrate Judge Michael H. Dolinger and was charged Possession with Intent to Distribute Methamphetamine. U.S. Magistrate Judge Michael H. Dolinger set the following bail conditions: a $1,000,000 collateral bond secured by $250,000 cash/property co-signed by 3 financially responsible persons; travel restricted to the Southern District of New York, Eastern District of New York, and Illinois; surrender of all travel documents and no new applications; and strict Pretrial Services supervision with drug testing and treatment. On 5/21/07, the defendant satisfied his bail requirements and was released from incarceration.

On 11/9/07, the defendant appeared before Your Honor and pled guilty to the Indictment and is awaiting sentencing. It should be noted that the defendant's sentence date is scheduled for 5/9/08 at 2 p.m.

The defendant who is currently receiving substance abuse counseling has requested our assistance to receive mental health counseling. Furthermore, the defendant is seeking employment and has an opportunity to obtain employment from a friend who resides in New Jersey and therefore would need to travel to New Jersey.

A criminal record check conducted earlier today revealed no new arrest.

Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

USA v. Sims                                    Docket No. 07-CR-513-01 (GEL)

      This officer has spoken with Assistant U.S. Attorney, David O'Neil and the defendant's attorney, Peggy Cross regarding modifying the defendant's bail conditions to add the condition of mental health counseling and to extend the defendant's travel limits to the District of New Jersey and both parties consent to the modification.

      Given the above, we respectfully request that the defendant's bail be modified to add the condition of mental health counseling and to extend the defendant's travel limits to the District of New Jersey.

**PRAYING THAT THE COURT WILL ORDER THAT THE BAIL CONDITIONS BE MODIFIED TO INCLUDE MENTAL HEALTH COUNSELING AND THAT TRAVEL TO BE EXTENDED TO THE DISTRICT OF NEW JERSEY.**

ORDER OF COURT

Considered and ordered this
28th day of January, 2008 and ordered filed and made a part of the records in the above case.

_/s/ Gerard E. Lynch_
Honorable Gerard E. Lynch
U.S. District Court Judge

Respectfully,

_/s/ Carlos Ramirez_
Carlos Ramirez
U.S. Pretrial Services Officer
Drug/Alcohol Treatment Specialist
1/24/08

Reviewed by,

_/s/ Sharon T. Regis_
Sharon T. Regis
Supervising Pretrial Services Officer
1/24/08

*Please send Pretrial Services a copy of this form if it is signed, so that we can update the defendant's record.