# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*



April 14, 2008

Southern District
Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

**By Hand Delivery**
Honorable Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

**Re:  United States v. Jason Sims**
      **07 Cr. 513 (GEL)**

Dear Judge Lynch:

   I write on behalf of my client, Jason Sims, to request a modification of his bail conditions to permit Mr. Sims to travel in the forty eight contiguous United States at the request of his employer. Mr. Sims anticipates being asked to travel to Pennsylvania for about four or five days each month and the company at times may require him to travel to stores in other states as well. When the company requests that Mr. Sims travel on business, he will provide his travel information to Carlos Ramirez, his pretrial services officer, and will comply with Mr. Ramirez's requests regarding communications while traveling.

   Assistant United States Attorney David O'Neil, on behalf of the government, and Mr. Ramirez, consent to this modification.

   If this request meets with Your Honor's approval, I ask that this letter be endorsed as an Order. Thank you for your consideration of this matter.

Respectfully submitted,

Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

**SO ORDERED:**

_____
HONORABLE GERARD E. LYNCH
United States District Judge
4/15/08

cc:  David O'Neil, Assistant United States Attorney (via fax)
     Carlos Ramirez, Pretrial Services Officer (via fax)